# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 16-00183-07-CR-W-BP |
| ) | |
| CLIFFORD RAY-JAMES JAUSHLIN, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

On October 19, 2017, defendant Clifford Jaushlin was ordered to undergo a psychological examination pursuant to 18 U.S.C. § 4241. (Doc. 131). The examination was conducted at the FMC in Engleweed, Colorado. The Psychological Evaluation is dated February 6, 2018. The report was filed with the Court on February 21, 2018. (Doc. 146).

A hearing was held as to defendant's competency on March 1, 2018. (Doc. 153). The defendant appeared by appointed counsel, Stephanie Burton. Assistant United States Attorney Joe Marquez appeared for the Government. Both parties stipulated that if called to testify, Dr. Jeremiah Dwyer, would testify consistent with the Psychological Evaluation he has submitted to the Court. In the Psychological Evaluation Report, Dr. Dwyer opined that the available information indicates defendant Clifford Jaushlin is not currently competent to proceed. Defense counsel requested that defendant Clifford Jaushlin be placed in a facility near Jacksonville, Florida.

Based on the Psychological Evaluation Report submitted by Dr. Dwyer for the defendant, Clifford Jaushlin, and there being no challenge to the findings of this report, the Court finds that defendant Clifford Jaushlin is not currently competent to proceed. It is, therefore

RECOMMENDED that defendant Clifford Jaushlin be found incompetent to stand trial. It is further

RECOMMENDED that the court commit defendant Clifford Jaushlin to the custody of the Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). If feasible, it is further recommended defendant Clifford Jaushlin be placed in a facility near Jacksonville, Florida.

Dated this 12th day of March, 2018, at Kansas City, Missouri.

/s/ *Matt J. Whitworth*
MATT J. WHITWORTH
United States Magistrate Judge