IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  16-00183-07-CR-W-BP |
| ) | |
| CLIFFORD RAY-JAMES JAUSHLIN, ) | |
| ) | |
| Defendant. ) | |

### ORDER ADOPTING MAGISTRATE JUDGE'S RECOMMENDATION AND FINDING DEFENDANT INCOMPETENT TO STAND TRIAL

On March 15, 2018, the Honorable Matt J. Whitworth, Chief Magistrate Judge for this District, issued a Report, (Doc. 154), recommending that the Court find that Defendant is incompetent to stand trial. No objections have been filed and the time for doing so has passed. *See* Local Rule 74.1(b)(2).

The Court has reviewed Judge Whitworth's Report, the transcript of the hearing held on March 1, 2018, (Doc. 153), and the psychiatrist's report, (Doc. 146). After considering the matter *de novo*, the Court adopts Judge Whitworth's Report as the Order of the Court and finds that Defendant is presently incompetent to understand the nature and consequences of the proceedings against him or properly assist in his defense. The Court also adopts the Report's recommendation that Defendant be committed to the custody of the Attorney General for further evaluation and treatment pursuant to 18 U.S.C. § 4241(d)(1). To the extent possible, the Court recommends that Defendant be placed in a facility near Jacksonville, Florida.

**IT IS SO ORDERED.**

                                                                               _/s/Beth Phillips_____
                                                                               BETH PHILLIPS, JUDGE
DATE:  March _28_, 2018                             UNITED STATES DISTRICT COURT