IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   16-00183-07-CR-W-BP |
| | ) | |
| CLIFFORD RAY-JAMES JAUSHLIN, | ) | |
| | ) | |
| Defendant. | ) | |

O R D E R ADOPTING REPORT AND RECOMMENDATION AND
FINDING DEFENDANT COMPETENT TO PROCEED TO TRIAL

On March 28, 2018, Defendant was committed to the Attorney General's custody pursuant to 18 U.S.C. § 4241(d)(1) for treatment and to determine the probability that Defendant would attain the capacity to permit his trial to proceed.   An evaluation was performed by Dr. Adeirdre Stribling Riley in November 2018, and Dr. Riley requested additional time to treat and evaluate Defendant.   Dr. Riley conducted a second evaluation in July 2018, and at that time she certified that Defendant's competency had been restored.   (Doc. 229.)

A hearing was held on August 9, 2019, before the Honorable John T. Maughmer, United States Magistrate Judge for this district.   The parties stipulated to Dr. Riley's report, and no other evidence was offered.   Judge Maughmer issued a Report recommending that the Court find that Defendant's competence has been restored and that Defendant is competent to proceed.   No party objected to the Report and Recommendation, and the time for doing so has passed.   Accordingly, after reviewing the Record (including Dr. Riley's report), it is

ORDERED that Judge Maughmer's Report and Recommendation is adopted in its entirety, and this Court finds that Defendant is competent to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

**IT IS SO ORDERED.**


                                                               _/s/Beth Phillips_____

                                                               BETH PHILLIPS, CHIEF JUDGE

DATE:  September _10_, 2019                     UNITED STATES DISTRICT COURT